RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Jorge Joao Perez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JORGE JOAO PEREZ,<br><br>        Defendant. | Case No. 2:11-cr-00403-APG-PAL<br><br>**STIPULATION TO CONTINUE<br>REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Stephanie N. Ihler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Jorge Joao Perez, that the Revocation Hearing currently scheduled on Tuesday, January 21, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Perez has been indicted on a new criminal charge. The new criminal charge is also part of the conduct alleged in the petition to revoke supervision.

2.      The parties wish to postpone the Revocation Hearing in order to determine how the new criminal charge will be addressed before proceeding with the revocation.

3.    The defendant is in custody and does not oppose this continuance.

4.    The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 17th day of January, 2020.

RENE L. VALLADARES                         NICHOLAS A. TRUTANICH
Federal Public Defender                       United States Attorney


     */s/ Paul D. Riddle*                            */s/ Stephanie N. Ihler*
By_____             By_____
PAUL D. RIDDLE                               STEPHANIE N. IHLER
Assistant Federal Public Defender        Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

JORGE JOAO PEREZ,

           Defendant.

Case No. 2:11-cr-00403-APG-PAL

**<u>ORDER</u>**

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 21, 2020 at 11:00 a.m., be vacated and continued to <u>April 29, 2020</u> at the hour of <u>9:30 a.m.</u> in courtroom 6C; or to a time and date convenient to the court.

     DATED this <u>17th</u> day of January, 2020.

_____

UNITED STATES DISTRICT JUDGE