RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Jorge Joao Perez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00403-APG-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| JORGE JOAO PEREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel E. Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Jorge Joao Perez, that the Revocation Hearing currently scheduled on December 23, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.     The parties are exploring the possibility of a global resolution to Mr. Perez's supervised release violation as well as the underlying new law violation.

2.  In light of the COVID-19 pandemic, the Centers for Disease Control and Prevention's recommendations,[1] and the District Court's Temporary General Orders,[2] the parties seek to continue the revocation hearing to such a time in the future where the parties and Mr. Perez will be able to appear in person for the revocation hearing.

3.  The defendant is in custody and agrees with the need for the continuance.

4.  The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 14th day of December, 2020.

RENE L. VALLADARES  
Federal Public Defender

NICHOLAS A. TRUTANICH  
United States Attorney

 */s/ Paul D. Riddle*  
By_____  
PAUL D. RIDDLE  
Assistant Federal Public Defender

 */s/ Daniel E. Clarkson*  
By_____  
DANIEL E. CLARKSON  
Assistant United States Attorney

[1] https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html

[2] *See* Temporary General Orders 2020-03 and 2020-05.

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00403-APG-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| JORGE JOAO PEREZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, December 23, 2020 at 1:00 p.m., be vacated and continued to March 24, 2021 at the hour of 1:00 p.m. in courtroom 6C; or to a time and date convenient to the court.

DATED this 14th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE