RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Jorge Joao Perez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE JOAO PEREZ,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00403-APG-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel E. Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Jorge Joao Perez, that the Revocation Hearing currently scheduled on March 24, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than Seventy-five (75) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Perez is currently resolving a new criminal charge. The parties would like to continue his hearing regarding revocation of his Supervised Release until after his new criminal charge has been resolved. Sentencing on the new criminal charge is currently scheduled for May 25, 2021.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 19th day of March, 2021.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Paul D. Riddle*<br>By_____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | */s/ Daniel E. Clarkson*<br>By_____<br>DANIEL E. CLARKSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00403-APG-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| JORGE JOAO PEREZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, March 24, 2021 at 1:00 p.m., be vacated and continued to June 16, 2021 at the hour of 3:00 p.m. in Courtroom 6C.

DATED this 22nd day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE