UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff, 　　　　　 )<br>　vs. 　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>JORGE PEREZ, 　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　Defendant. 　　　　 )<br>　　　　　　　　　　　　　　　 ) | Case No.: 2:11-cr-00403-APG-PAL |

**ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS**

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court,

IT IS HEREBY ORDERED that counsel shall have until 12:00 PM on **August 1, 2022,** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to **August 1, 2022**, the Clerk is authorized to destroy said exhibits on **August 12, 2022**.

**DATED** this  13th  day of      July      , 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　United States District Judge

Plaintiff's Exhibits received by:   N/A_____

Defendant's Exhibits received by:_____

**PLEASE PRINT NAME**:_____Date:_____

Page 1 of 1